PATRICK TIVNAN, Respondent, *v.* VIRGINIA KEAHON, as Administratrix of the Estate of PATRICK H. KEAHON, Deceased, Appellant.

*Tivnan* v. *Keahon,* 117 App. Div. 50, affirmed.
(Argued March 3, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been occasioned through the negligence of defendant's intestate.

*Frederick E. Fishel* for appellant.

*John E. O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

BLANCHE T. HOLLAND, Respondent, *v.* FRED A. REED et al., Appellants.

*Holland* v. *Reed,* 117 App. Div. 908, affirmed.
(Argued March 3, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1907, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover from the defendants as innkeepers damages alleged to have been suffered by the plaintiff through the destruction of personal property by fire while in defendants' hotel.

*Henderson Peck, Frank S. Black* and *Albert R. Hager* for appellants.

*Bernard G. Heyn* and *George B. Covington* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.